JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GEORGE WILLIAM VETTER,

Petitioner,

v.

S. WILLIAMS,

Respondent.

Case No. CV 26-02103 MCS (RAO)

JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: March 5, 2026



MARK C. SCARSI
UNITED STATES DISTRICT JUDGE